UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62585-CIV-SMITH/VALLE

THEODORE V. ABNER, JR. *et al.*,

    Plaintiffs,

v.

IFIXANDREPAIR, LLC,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 15], in which the Magistrate Judge recommends granting the parties' Joint Motion for Approval of Settlement and to Dismiss Case with Prejudice [DE 14]. No objections have been filed to the Report and Recommendation. Thus, having reviewed Magistrate Judge Valle's Report and Recommendation, the record, and given that neither party has filed an objection, it is

    **ORDERED** that:

    1.    The Report and Recommendation to District Judge [DE 15] is **AFFIRMED** and **ADOPTED**.

    2.    The parties' Joint Motion for Approval of Settlement and to Dismiss Case with Prejudice [DE 14] **is GRANTED.**

    3.    The case is **DISMISSED with prejudice**.

    4.    The Court will retain jurisdiction for forty-five (45) days to enforce the terms of the Settlement Agreement.

    **DONE AND ORDERED** in Fort Lauderdale, Florida this 8th day of March, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record